**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GERMAN CANTABRANA, | ) NO. CV 07-7415-JFW (MAN) |
|        Petitioner, | ) |
|     v. | ) JUDGMENT |
| HEDGPETH, Warden, | ) |
|        Respondent. | ) |

   Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: <u>April 16, 2009</u>.

                              _____
                                    JOHN F. WALTER
                              UNITED STATES DISTRICT JUDGE